An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES LOWELL VENABLE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62867



FILED

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of resisting a public officer with a dangerous weapon. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16170

to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Patrick Flanagan, District Judge
      Washoe County Alternate Public Defender
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk
      James Lowell Venable

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.